IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.      03-cr-36-M

UNITED STATES OF AMERICA,

       Plaintiff,

v.

16.    MOSES COOLEY,

       Defendant.
_____

## ORDER FOR RESPONSE
_____

Upon consideration of defendant's motion for return of property (Doc. #1123), filed on November 18, 2005, and motion to amend motion for return of property (Doc. #1124), filed on November 28, 2005, it is

ORDERED that the Government shall file a response by January 9, 2006, and it is

FURTHER ORDERED that the Clerk of this court is directed to docket the address of the defendant as *pro se*.

DATED: December 15th, 2005.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge

Case Number: 03-CR-36-M

I certify that I mailed a copy of the attached to the following:

Dated: December 15, 2005

Probation Department

Moses C. Cooley #31625-013
FCI Florence
P.O. Box 6000
Florence, CO 81226-6000

GREGORY C. LANGHAM, CLERK

s/Kathy Triplett
By________________________
Deputy