IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00036-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

16.    MOSES COOLEY,

        Defendant.
_____

ORDER DENYING MOTION FOR RETURN OF PROPERTY
_____

On November 18, 2005, the defendant Moses Cooley filed a motion for return of property pursuant to Fed. R. Crim. P. 41(g).  On January 9, 2006, the Government filed its response and this Court on February 2, 2006, ordered the defendant to reply on or before February 24, 2006.  No reply having been filed and the Government's response having satisfied this Court that the subject currency was seized and retained as proceeds of an illegal drug transaction, it is now

    ORDERED that the motion for return of property is denied.

    DATED: March 8th , 2006

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge

Case Number:   03-cr-00036-RPM

I certify that I mailed a copy of the attached to the following:

Dated: March 8, 2006

Moses C. Cooley #31625-013
FCI Florence
P.O. Box 6000
Florence, CO 81226-6000

                             GREGORY C. LANGHAM, CLERK

                                  s/M.V. Wentz
                            By_____
                                    Deputy